

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549-4030

**DIVISION OF**
**ENFORCEMENT**

Suzanne J. Romajas
Assistant Chief Litigation Counsel

Telephone: (202) 551-4473
Facsimile: (202) 772-9245
E-mail: RomajasS@sec.gov

November 20, 2009

**VIA FACSIMILE AND ECF**

Hon. Nicholas G. Garaufis
United States District Court
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    SEC v. Jacob "Kobi" Alexander, et al. (06-CV-3844) (NGG) (RER)

Dear Judge Garaufis:

I represent the Securities and Exchange Commission ("Commission") in the above-referenced action. I am writing to request a brief, two to three week adjournment of the November 24, 2009 status conference. Counsel for defendant Jacob "Kobi" Alexander ("Alexander") and settled defendant William F. Sorin ("Sorin") consent to the request. No other dates will be affected.

Respectfully submitted,

Suzanne J. Romajas

Cc:    Jeremy H. Temkin, Esq. (via ECF)
       Solomon N. Klein, Esq. (via ECF)